**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**May 8, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee,

v.

ANTONIO I. CORDERO,

　　Defendant - Appellant.

No. 24-3193
(D.C. No. 6:23-CR-10119-JWB-1)
(D. Kan.)

_____

### ORDER AND JUDGMENT[*]
_____

Before **HOLMES**, Chief Judge, **PHILLIPS**, and **ROSSMAN**, Circuit Judges.
_____

Antonio I. Cordero pleaded guilty to a drug trafficking offense. The district court sentenced him to a prison term below the advisory sentencing guidelines range. Despite an appeal waiver in his plea agreement, Mr. Cordero filed this appeal.

The government moves to enforce the appeal waiver pursuant to *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). Mr. Cordero "does not contest the government's motion." Resp. at 8. We therefore grant the motion and dismiss this appeal.

　　　　　　　　　　　　　　　　　Entered for the Court
　　　　　　　　　　　　　　　　　Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.